UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
NOV 2 3 2010
David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. |
| v. | § § | **L-10-2526** |
| SERGIO VILLARREAL-BARRAGAN<br>aka "EL GRANDE"<br>aka "KING KONG" | § § § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

(Conspiracy to Distribute Controlled Substance for Purpose of Unlawful Importation)

From between on or about January 1, 2006, and continuing to on or about September 12, 2010, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, **Defendant,**

**SERGIO VILLARREAL-BARRAGAN
aka "EL GRANDE"
aka "KING KONG,"**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to distribute a controlled substance, intending and knowing such controlled substance would be unlawfully imported into the United States. This offense involved a quantity of at least 5 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 959(a), 960(b)(1) and 963.

## COUNT TWO

### (Conspiracy to Possess With Intent to Distribute Controlled Substance)

From between on or about January 1, 2006, and continuing to on or about September 12, 2010, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, **Defendant,**

### SERGIO VILLARREAL-BARRAGAN
### aka "EL GRANDE"
### aka "KING KONG,"

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This offense involved a quantity of at least 5 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT THREE

### (Conspiracy to Import Controlled Substance)

From between on or about January 1, 2006, and continuing to on or about September 12, 2010, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, **Defendant,**

### SERGIO VILLARREAL-BARRAGAN
### aka "EL GRANDE"
### aka "KING KONG,"

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to import into the United States of America a controlled substance. This offense involved a quantity of at least 5 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(b)(1) and 963.

## COUNT FOUR

### (Conspiracy to Launder Monetary Instruments)

From between on or about January 1, 2006, and continuing to on or about September 12, 2010, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, **Defendant,**

**SERGIO VILLARREAL-BARRAGAN
aka "EL GRANDE"
aka "KING KONG,"**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to transport monetary instruments, that is an amount of United States of America currency, from a place in the United States of America, to a place outside the United States of America, that is the United Mexican States, with the intent to promote the carrying on of a specified unlawful activity, that is, the manufacturing, importation, sale and distribution of controlled substances in violation of the Controlled Substances Act.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (h).

## NOTICE OF CRIMINAL FORFEITURE

Title 21, United States Code, Section 853

Pursuant to Title 21, United States Code, Section 853, as a result of the commission of the violations charged in Count One, Count Two and Count Three of the Indictment, notice is given that the **Defendant,**

SERGIO VILLARREAL-BARRAGAN
aka "EL GRANDE"
aka "KING KONG,"

shall forfeit to the United States of America:

(1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of one or more of the offenses charged in Count One, Count Two and Count Three; and

(2) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission, of one or more of the offenses charged in Count One, Count Two and Count Three, including, but not limited to, the following property:

Approximately ONE HUNDRED MILLION DOLLARS ($100,000,000.00) in United States currency.

## NOTICE OF CRIMINAL FORFEITURE

Title 18, United States Code, Section 982

Pursuant to Title 18, United States Code, Section 982, as a result of the commission of a violation as charged in Count Four of the Indictment, notice is given that the **Defendant,**

### SERGIO VILLARREAL-BARRAGAN
### aka "EL GRANDE"
### aka "KING KONG,"

shall forfeit to the United States all property, real and personal, involved in the offense and all property traceable to such property, including, but not limited to, the following property:

Approximately <u>ONE HUNDRED MILLION DOLLARS ($100,000,000.00)</u> in United States currency.

## SUBSTITUTE ASSETS

In the event that the property which is subject to forfeiture to the United States, as a result of any act or omission of the defendant:

(1) cannot be located upon exercise of due diligence;

(2) has been placed beyond the jurisdiction of the Court;

(3) has been transferred or sold to, or deposited with a third party;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property, pursuant to Title 21, United States Code, Section 853(p), and Title 18, United States Code, Section 982(b) incorporating Title 21, United States Code, Section 853(p).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
_____
FOREMAN OF THE GRAND JURY

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

_____
ARTHUR R. JONES
Assistant United States Attorney