Case 5:10-cr-02526   Document 82   Filed on 11/15/17 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 5:10CR02526-001 |
| SERGIO VILLAREAL BARRAGAN | § § | |

## ORDER

On this date came on to be considered Defendant's Motion to File PSR objections Out of Time and the Court finds that said motion is submitted in good faith and for reasonable cause. Accordingly,

IT IS HEREBY ORDERED that Defendants' motion is herein GRANTED.

SIGNED on this the __15th__ day of __November__, 2017.

_____
MARINA GARCIA MARMOLEJO
UNITED STATES DISTRICT JUDGE

4