United States District Court
Southern District of Texas
**ENTERED**
November 17, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO. L-10-CR-2526 |
| v. | § § | |
| SERGIO VILLARREAL-BARRAGAN aka "EL GRANDE" aka "KING KONG" | § § § | |

## PRELIMINARY ORDER OF FORFEITURE

Pending before the Court is the Preliminary Order of Forfeiture. Having considered the Preliminary Order, the record, including Defendant's plea agreement, and the applicable law, IT IS ORDERED that:

1. Defendant Sergio Villarreal-Barragan shall forfeit $100,000,000.00 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the amount of $100,000,000.00.

2. Pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute property to satisfy the money judgment in whole or in part.

3. Pursuant to Rule 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at sentencing, made part of the Defendant's sentence, and included in the judgment.

Signed in Houston, Texas, on November 17, 2017.

MARINA GARCIA MARMOLEJO
UNITED STATES DISTRICT JUDGE

1